Exhibit A

**45D02-2310-CT-001172**

Lake Superior Court, Civil Division 2

Filed: 10/6/2023 1:07 PM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) SS: | IN THE LAKE CIRCUIT/SUPERIOR COURT Room 2. 3711 Main St. East Chicago, IN |
| COUNTY OF LAKE | ) | |

| | |
|---|---|
| SANDY FICEK, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO.: |
| WALGREEN CO., | ) |
| Defendant | ) |

## COMPLAINT

Comes now Plaintiff, Sandy Ficek, (hereinafter "Sandy"), by counsel, A. Leon Sarkisian of Sarkisian Law Offices, and for her Complaint against the Defendant herein named, alleges and states as follows:

1. On and before February 1, 2022, Defendant, Walgreen Co., ("Walgreens"), was doing business in the State of Indiana, including at a property commonly known as 1520 South Court St., Crown Point, Lake County, Indiana.

2. On and before February 1, 2022, the property commonly known as 1520 South Court St., Crown Point, Lake County, Indiana, was owned by Walgreens.

3. On or about February 1, 2022, the Plaintiff herein, Sandy Ficek, ("Sandy"), was an invitee at the business owned and/or operated by Walgreens and located at 1520 South Court St., Crown Point, Indiana.

4. On and before February 1, 2022, Walgreens, and its agents, employees, and/or representatives, were negligent and/or negligently breached the duties they owed to Sandy and other invitees at the business and property located at 1520 South Court St., Crown Point, Lake County, Indiana.

5. As a direct and proximate result of the negligence of Walgreens, by and through its agents, employees, and/or representatives, Sandy, an invitee,

was injured at Walgreens business located at 1520 South Court St., Crown Point, Lake County, Indiana.

6.   As a direct and proximate result of the negligence of Walgreens, by and through its agents, employees, and/or representatives, Sandy sustained serious and permanent bodily injuries; incurred medical, hospital, and pharmaceutical bills and may incur medical, hospital, and pharmaceutical bills in the future; has experienced great pain and suffering and will continue to experience great pain and suffering the future; and has lost wages and/or has had her ability to earn wages in the future impaired.

**WHEREFORE**, Plaintiff, Sandy Ficek, by counsel, A. Leon Sarkisian of Sarkisian Law Offices, prays for judgment against Defendant, Walgreen Co., in an amount of damages as is reasonable in the premises.

**SARKISIAN LAW OFFICES**
Attorneys for Plaintiff

By:   */s/ A. Leon Sarkisian*

**A. Leon Sarkisian**

## JURY DEMAND

Comes now the Plaintiff, Sandy Ficek, by counsel, A. Leon Sarkisian of Sarkisian Law Offices, and demands trial by jury as to each and every issue in this cause of action.

          **SARKISIAN LAW OFFICES**
          Attorneys for Plaintiff

By:   */s/ A. Leon Sarkisian*

      **A. Leon Sarkisian**

A. Leon Sarkisian
**Sarkisian Law Offices**
3893 E. U.S. Highway
Merrillville, IN 46410
Phone: (219) 942-7171
Fax: (219) 942-7101
Atty. No. 1732-45

3